**Motion to Dismiss Granted; Petition for Writ of Mandamus Dismissed; and Memorandum Opinion filed December 6, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00737-CV

## IN RE PREFERRED CONTRACTORS AND DAULTON SPENCE, Relators

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
56th District Court
Galveston County, Texas
Trial Court Cause No. 22-CV-0269**

## MEMORANDUM OPINION

On October 17, 2022, relators Preferred Contractors and Daulton Spence filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Lonnie Cox, presiding judge of the 56th District Court of Galveston County, to vacate an order denying relators' motions to sever claims and transfer venue and to issue an order severing claims against them and transferring those claims to Chambers County.

On November 16, 2022, relators filed an unopposed motion to dismiss the petition. We hereby grant the motion and dismiss relators' petition.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.